# Exhibit A.



**American Immigrant Investor Alliance**
853 New Jersey Ave SE Apt 455 Washington, D.C. 20003
(323) 218-9894
info@goaiia.org

U.S. Citizenship and Immigration Services,
National Records Center, FOIA/PA Office,
P.O. Box 648010,
Lee's Summit, MO 64064-8010.

VIA EMAIL: uscis.foia@uscis.dhs.gov

### RE: Freedom of Information Act Request

Dear Officer,

I write to you as the President of the  American Immigrant Investor Alliance  ("AIIA"), to make a request under the Freedom of Information Act ("FOIA"), 5 U.S.C., 552 *et seq*., and the associated regulations. Please consider AIIA as the Requestor for this FOIA request.

*Background*

AIIA is a tax-exempt organization under Section 501(c)(4) of the Internal Revenue Code, registered and organized under the laws of the District of Columbia. AIIA is dedicated to informing, educating, and advocating on behalf of all immigrant investors seeking immigration benefits in the United States through the EB-5 Immigrant Investor program. Before AIIA's formation, there was no organization that exclusively advocated on behalf of EB-5 investors.

AIIA was founded in 2021 by immigrant investors to represent their interests. Through active and extensive outreach within the immigration and investment communities, government administrative agencies, and other stakeholders, AIIA provides investors a seat at the table where decisions are taken that affect them.

On March 18, 2022, the EB-5 Regional Center Program was reauthorized by Congress. *See* EB-5 Reform and Integrity Act of 2022, Pub. L. No. 117-103, 136 Stat. 1075 (2022). Codified in 8 U.S.C. § 1153(b)(5)(E), *et seq*. Since that date, very little information has been publicly

disclosed regarding the pending EB-5 petition inventory. With extensive backlogs (i.e., distant priority dates in the Department of State's Visa Bulletin) that have accumulated in nearly all employment-based immigrant visa categories, including the EB-5 Unreserved Investments category, current and incoming EB-5 investors have urgently sought information about the number of petitions U.S. Citizenship and Immigration Services ("USCIS") has received for the set-aside categories.

Since March 2022, very little information has reached the public regarding the post-RIA EB-5 petition inventory. Following extensive backlogs which have accumulated in the employment-based categories and EB-5 unreserved (mostly pre-RIA) category, current and incoming EB-5 investors have urgently sought out information about the number of petitions USCIS has received for the set aside categories. Significantly, the Visa Bulletin does not indicate how many Forms I-526/I-526E have been filed. Without knowing the number of I-526/I-526E filings by country for the new set-aside categories, prospective investors from historically oversubscribed countries cannot judge their future visa availability and cannot choose to avoid exacerbating backlogs.

*The Request*

As the Requestor, we accordingly submit the following request for information and documentation pursuant to the FOIA statute (*see* 5 U.S.C. § 552(a)(3)(A), *et seq*.):

> **REQUEST 1**: A report of all I-526 and I-526E Immigrant Petitions by alien investors filed with USCIS, per month, from April 1, 2022 to May 31, 2026, further itemized by visa set aside category (rural, high unemployment, infrastructure, unreserved, multiple category selected) and country of chargeability for the following countries: China (Mainland), India, Vietnam, South Korea, Taiwan, Mexico, Brazil, Colombia, Russia, Singapore and Rest of the World.

> **REQUEST 2**: A report of all I-526 Immigrant Petition by Standalone Investor and I-526E Immigrant Petition by Regional Center Investor filed between April 1, 2022 to May 31, 2026 that have been approved as of May 31, 2026, further itemized by petitioner priority date (Month and Year), visa set aside category (rural, high unemployment, infrastructure, unreserved, multiple category selected), and country of chargeability: China (Mainland), India, Vietnam, South Korea, Taiwan, Mexico, Brazil, Colombia, Russia, Singapore and Rest of the World.

> **REQUEST 3**: A report of all I-526 Immigrant Petition by Standalone Investor and I-526E Immigrant Petition by Regional Center Investor filed

between April 1, 2022 to May 31, 2026 that have been denied as of May 31, 2026, further itemized by petitioner priority date (Month and Year), visa set aside category (rural, high unemployment, infrastructure, unreserved, multiple category selected), and country of chargeability: China (Mainland), India, Vietnam, South Korea, Taiwan, Mexico, Brazil, Colombia, Russia, Singapore and Rest of the World.

We thank you for your time and attention to this matter and look forward to your response.

Sincerely,

**Ishaan Khanna**
President
American Immigrant Investor Alliance