# Exhibit B.



**American Immigrant Investor Alliance**

# Request for Acknowledgment Letter – FOIA Request COW2026005307

4 messages

---

**American Immigrant Investor Alliance**                                Thu, Jun 18, 2026 at 5:38 PM
To: FOIAPAQuestions@uscis.dhs.gov

Dear FOIA Office,

I hope this email finds you well. I am writing to follow up on my recent Freedom of Information Act (FOIA) request, submitted under reference number COW2026005307. While I have filed FOIA requests in the past, I did not receive an acknowledgment letter for this particular request, as I have in response to previous submissions.

To ensure accurate record-keeping, could you please confirm the date of receipt for FOIA request COW2026005307? Additionally, I kindly request that you provide me with a copy of the acknowledgment letter for my records.

Thank you for your attention to this matter. I appreciate your assistance in facilitating transparency and access to information.

Sincerely,
Ishaan Khanna

---

**FOIAPAQuestions** <foiapaquestions@uscis.dhs.gov>                      Mon, Jun 22, 2026 at 9:52 AM
To: American Immigrant Investor Alliance

Good Morning

Once your request is created you will receive an Acknowledgment Letter with further instructions on how to track the status of your request.

In the interest of fairness to all requestors, USCIS processes requests in the order received and will process your request as soon as possible.  Please feel free to monitor your place in queue by utilizing the following link https://first.uscis.gov/#/check-status once you receive your control number.

*Public Liaison*

*Records Release*

*Department of Homeland Security/USCIS/NRC (National Records Center)*

Please note:

- As of **December 16, 2022,** our office no longer accepts emailed FOIA requests.
- As of **January 22, 2026,** our office will not generally accept nonelectronic (paper) FOIA requests. If you are unable to file your request electronically, include a detailed explanation with your request and we will determine if your paper request will be processed.

**From:** American Immigrant Investor Alliance
**Sent:** Thursday, June 18, 2026 4:39 PM
**To:** FOIAPAQuestions <foiapaquestions@uscis.dhs.gov>
**Subject:** Request for Acknowledgment Letter – FOIA Request COW2026005307

---

**CAUTION:** This email originated from outside of the Federal Government. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact the USCIS Security Operations Center with questions or click the "Report Phishing" button to report it as a phishing attempt.

---

[Quoted text hidden]

---

**American Immigrant Investor Alliance**                               Tue, Jul 7, 2026 at 11:39 AM
To: FOIAPAQuestions <foiapaquestions@uscis.dhs.gov>

Dear FOIA Office,

Thank you for the update.

We understand the processing queue but still require **confirmation of the receipt date for FOIA request COW2026005307 and a copy of the acknowledgment letter** for our records.

- Ishaan Khanna
[Quoted text hidden]

---

**FOIAPAQuestions** <foiapaquestions@uscis.dhs.gov>                      Tue, Jul 7, 2026 at 4:10 PM
To: American Immigrant Investor Alliance

Good afternoon,

Once your request is created you will receive an Acknowledgment Letter with further instructions on how to track the status of your request.

In the interest of fairness to all requestors, USCIS processes requests in the order received and will process your request as soon as possible.  Please feel free to monitor your place in queue by utilizing the following link https://first.uscis.gov/#/check-status once you receive your control number.

*Public Liaison*

*Records Release*

*Department of Homeland Security*

*USCIS/NRC (National Records Center)*

[Quoted text hidden]
[Quoted text hidden]