# Exhibit C.

 An official website of the United States government   Here's how you know ∨

 **U.S. Citizenship
and Immigration
Services**

**Submit Request**  |  **My Requests**  |  **Resources** ▾  |  **Sign Out** ▾

← **Back**

## Control Number: COW2026005307

## FOIA/PA STATUS CHECK          [DOCUMENT LIBRARY](#)

## Request Details

Request Description

Date Submitted                          06/02/2026

Request Type                            FOIA Request

## Request Status

Place in Queue                          165 of 278 pending requests

Status                                  Submitted

Estimated Completion Date               07/13/2026

**Note: This is an estimated date based on average processing times. Availability of records and complexity of request may effect completion date.**

For more information about making a FOIA/PA request or submitting an Administrative Appeal, please see the link [How to Request Records through the Freedom of Information Act or Privacy Act (uscis.gov)](#) .

 **Received**
The request was received by USCIS.

② **In Process**
USCIS is performing activities such as reviewing the request, searching for records, and preparing records for release.

③ **Completed**
USCIS completed processing the request, and a letter was sent to the requester explaining the actions taken